# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.

| | | |
|---|---|---|
| Carlos Manuel Betancourt-Albarran | *Principal* | Mexico |
| YOB: | 2000 | |
| Pablo Pablillo-Amatitlan | *Co-Principal* | Mexico |
| YOB: | 1978 | |

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:

**M-20- 0365 -M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 6, 2020** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Luis Fernando Sanchez-Cabrera and Edilberto Misael Perez-Yperez, both citizens of Guatemala, along with twenty-five (25) other undocumented aliens, for a total of twenty-seven (27), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempted to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to-wit: a residence located in McAllen, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)**
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On February 6, 2020 Border Patrol Agents received information about a house being used to harbor aliens and a red Toyota Rav 4 being used to transport aliens to and from the house. At approximately 10:00 A.M. agents were performing observations on 2801 45th Street and saw a red Toyota Rav 4, baring Texas license plates MNW 6509, driven by a female, arrive at the house. Agents saw two male subject exit the house and get in the Rav 4.

Agents along with Hidalgo County Constables Office Deputies approached the house and knocked on the front door. At that time agents positioned on a golf course behind the house observed several subjects exit the rear of the house. Agents apprehended the subjects in the back yard of the house and were able to determine that the subjects were illegally present in the United States.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on February 8, 2020.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

**Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:**

/S/ William A. Dubois
Signature of Complainant

William A. Dubois    Border Patrol Agent
Printed Name of Complainant

February 8, 2020  -11:12am
Date

at McAllen, Texas
City and State

Juan F. Alanis , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-20- 0365 -M

RE:    **Carlos Manuel Betancourt-Albarran**
          **Pablo Pablillo-Amatitlan**

**CONTINUATION:**

One of the subjects was later identified as Carlos Manuel Betancourt-Albarran a citizen of Mexico. Meanwhile, in the front of the house one subject opened the door and voluntarily exited the house. Shortly after the other subjects began to exit the house. While several subjects were exiting the front of the house agents heard a noise on the side of house and observed one subject attempting to flee the house through a side window. Agents apprehended the subject and were able to observe, through the window, one additional subject hiding underneath a bed in a room of the house. Once all the subjects exited the house it was determined that all subjects were illegally present in the United States and did not possess any documents that would allow them to remain in the United States legally. None of the subjects claimed to own or live at the residence. Agents entered the house in order to gather the subjects belongings. At this time agents found the subject previously seen by agents hiding under a bed. The subject was identified as Pablo Pablillo-Amatitlan, a citizen of Mexico, and it was determined that he was illegally present in the United States.

All subjects were transported to Rio Grande Valley Centralized Processing Center for processing.

**Principal Sworn Statement:**
Carlos Manuel Betancourt-Albarran , a citizen of Mexico, was advised of his Miranda Rights, stated he understood his rights, and agreed to provide a sworn statement.

Betancourt Stated that he illegally entered the United States approximately two weeks ago to live with his uncle in Florida. Betancourt did not have any contact information for his uncle nor was he able to provide an address or city to where he was going. When questioned about his involvement at the house he was arrested at he denied any involvement in alien smuggling.

**Principal Sworn Statement:**
Pablo Pablillo-Amatitlan , a citizen of Mexico, was advised of his Miranda Rights, stated he understood his rights, and agreed to provide a sworn statement.

Pablillo stated that he Illegaly entered the United States on around January 31, 2020. He stated that he was going to California but did not provide a city he was intending to go to. Pablillo said that no one was in charge of the illegal aliens at the house. He stated that people would stay in their rooms unless they were cooking. When questioned about his involvement in alien harboring, he denied all involvement and stated that other people in charge would come and drop off food and pick up people.

**Material Witness Statement:**
Luis Fernando Sanchez-Cabrera, a citizen of Guatemala, was advised of his Miranda Rights, stated he understood his rights, and agreed to provide a sworn statement.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-20- 0365 -M

RE:  Carlos Manuel Betancourt-Albarran
     Pablo Pablillo-Amatitlan

**CONTINUATION:**

Sanchez stated that his father made all of the smuggling arrangements and was to pay 110,000 Guatemalan Quetzals to be smuggled into the United States.

Sanchez stated that he entered the Unites States Illegally with 8 other subjects. Sanchez was picked up and taken the house where he was eventually arrested. Once at the house he was instructed to go inside the house. Sanchez stated that when he arrived there were two guides already at the house. Sanchez stated that the two guides instructed them not to go outside. He was at the house for eight days. Sanchez was shown photo lineup with six male subjects and was able to positively identify Carlos Manuel Betancourt-Albarran as one of the guides and a person giving intructions not to leave the house. Sanchez was shown a second photo line-up and was able to positively identify Pablo Pablillo-Amatitlan as another guide as well as another person providing intructions not to leave the house.

**Material Witness Statement:**
Edilberto Misael Perez-Yperez, a citizen of Guatemala, was advised of his Miranda Rights, stated he understood his rights, and agreed to provide a sworn statement.

Perez stateed that a friend of his made all his smuggling arrangements and was to pay 11,000 dollars to be smuggled into the United States.

Perez stated that once he had entered the United States Illegally a male subject picked him up and drove him directly to the house where he was arrested. Once at the house, Perez states that the driver took him to a room in the house and told him not to make noise. While at the house he observed a male subject instruct people to keep quiet, to cook, and to remain in the house.
 Perez was show a  photo lineup with six male subjects and was able to identify Carlos Manuel Betancourt-Albarran as the person who was the caretaker of the house and the person he saw instruct the people to keep quiet, cook and remain in the house.